FILED
At 3:15 O'Clock P M
NOV 29 2006
WANDA W. MCINTOSH,
PHILLIPS COUNTY CIRCUIT CLERK
By ______ D.C.

IN THE CIRCUIT COURT OF PHILLIPS COUNTY, ARKANSAS

JUDY LEDERMAN AND JAMES M. LEDERMAN PLAINTIFFS

VS. NO. CV-2006-405

CHRISTOPHER CASSIDY DEFENDANT

COMPLAINT

Comes now the Plaintiffs, Judy Lederman and James M. Lederman, by and through their attorney, Louis Etoch, and for their Complaint against the Defendant, Christopher Cassidy, state:

1. Plaintiffs are citizens and residents of Phillips County, Arkansas. Christopher Cassidy is a citizen and resident of Coahoma County, Mississippi.

2. Jurisdiction and venue are proper in this court pursuant to Arkansas Code Ann. §16-60-112.

3. On October 25, 2006, Judy Lederman was driving a 2002 Ford Expedition owned by James M. Lederman west on Anderson Street in West Helena, Phillips County, Arkansas. Judy Lederman was at all times relevant hereto driving in a reasonable and prudent fashion.

4. On said date, a Wednesday, at approximately 3:26 p.m., Christopher Cassidy was driving his 2002 Chevrolet Silverado pickup north on Sebastian Street in West Helena, Phillips County, Arkansas. On said date and time, Christopher Cassidy, ran the red light at the intersection of Anderson and Sebastian. Christopher Cassidy negligently, carelessly, and without any warning broadsided the vehicle Judy Lederman was driving causing an extremely violent collision.

5. Christopher Cassidy was guilty of negligence which was the proximate cause of the above-described automobile collision. The negligent acts of Christopher Cassidy consisted, of but are not necessarily limited to, the following:

(a) Failing to yield the right-of-way;
(b) Failing to keep the vehicle he was driving under proper control;

EXHIBIT
tabbles
A

(c) Failing to keep a proper lookout for other vehicles;
(d) Running a red light;
(e) Otherwise failing to act as an ordinary, common, prudent person would have under the same or similar circumstances.

6. As a proximate result of the negligence of Christopher Cassidy, Judy Lederman sustained a severe and permanent injury to her neck, back, shoulders, head, legs, and arms as well as a shock to her entire nervous system. As a proximate result of said injury, Judy Lederman has sustained a loss of earnings and earning capacity, has undergone excruciating pain and suffering and mental anguish in the past and will continue to undergo such pain and suffering and mental anguish in the future, has incurred medical expenses in the past and will continue to incur such expenses in the future. Attached hereto, incorporated herein by reference and marked Exhibit "A" is a list of the itemized Medical and Special expenses incurred by Judy Lederman through this date, totaling Three Thousand Eight Hundred Fifty-Five Dollars and Thirty Four Cents ($3,855.34).

7. As a result of the above described injuries to Judy Lederman, the separate Plaintiff James M. Lederman has sustained a loss of consortium, which entitles him to damages, the exact amount to be determined at trial.

8. Plaintiff James M. Lederman sustained property damage to his 2002 Ford Expedition in an amount in excess of $10,000 plus his loss of use, towing expenses, sales tax, and storage fees.

9. Plaintiffs request a trial by a jury.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs, Judy Lederman and James M. Lederman, pray for judgment against the Defendant, Christopher Cassidy, for the following:

(a) $3,855.34 for the medicals and special expenses incurred by Judy Lederman as of this date together with 6% interest until the time of trial;

(b) For an amount undetermined at this time, but to be determined at trial, said amount being in excess of minimum amount required for diversity of jurisdiction in Federal District Court, for Judy Lederman's injuries to her head, neck, back, shoulders, legs, and arms, and to her entire nervous system; Said amount including her loss of earnings and earning capacity, her excruciating pain and suffering and

mental anguish experienced in the past and that which she will undergo in the future; and for her continuing medical expenses, which will be incurred in the future;

(c) An amount in excess of $10,000.00, the exact amount to be determined at trial to compensate James M. Lederman for his loss of consortium;

(d) An amount in excess of $10,000 for the property damage to James M. Lederman's 2002 Ford Expedition plus his loss of use, towing expense, sales tax, and storage fees; and

(e) Their costs, a reasonable attorneys' fee, and all proper relief this Court may find Plaintiffs entitled in these premises.

Respectfully submitted

LOUIS ETOCH LAW FIRM

By: ______________________

LOUIS A. ETOCH (89030)
Attorney for Plaintiff
P.O. Box 100
727 Cherry St.
Helena, AR 72342
(870) 338-3591

Exhibit "A"

MEDICALS & SPECIALS

JUDY LEDERMAN

DATE OF ACCIDENT: 10-25-06

| | |
|---|---|
| Pafford Ambulance, 10-25-06 | $ 729.00 |
| Helena Reg. Med. Ctr., 10-25-06 | 2,833.00 |
| Exigence, 10-25-06 | 227.00 |
| Helena Radiology, 10-25-06 | 66.34 |
| Dr. McDaniel | |
| Helena PT and Sports Medicine | |
| Alternative Massage, | |
| Total as of 11-20-06 | $3,855.34 |